Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 9, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 9, 2006. 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00053-CV

____________

 

IN RE DAMIEN WILLIAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 20, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 9, 2006.

Panel consists of
Justices Hudson, Frost, and Seymore.